IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM DAVID GILBREATH**                                                     **PLAINTIFF**

v.                      **Case No. 4:23-CV-01016-LPR**

**COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION**                                                           **DEFENDANT**

## **ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 8). No objections have been filed, and the time for doing so has expired. After performing a *de novo* review of the RD and carefully considering the entire record, the Court concludes that the RD should be, and hereby is, approved and adopted in its entirety as this Court's findings and conclusions in all respects.

IT IS THEREFORE ORDERED that the Commissioner's decision is AFFIRMED, and Judgment will be entered for the Commissioner in this case.

DATED this 30th day of October 2024.

                                                                            _____
                                                                            LEE P. RUDOFSKY
                                                                            UNITED STATES DISTRICT JUDGE