IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM DAVID GILBREATH**                                                                                    **PLAINTIFF**

v.                          **Case No. 4:23-CV-01016-LPR**

**COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION**                                                                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Commissioner.

IT IS SO ADJUDGED this 30th day of October 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE